IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBBIE PRUITT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-04-CV-0554-D |
| | § | |
| DALLAS INDEPENDENT SCHOOL DISTRICT, ET AL. | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated April 21, 2006, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted. Defendant Dallas Independent School District's October 27, 2005 motion for summary judgment is denied.

**SO ORDERED**.

May 17, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE